1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  JEFFREY L. STANIELS, Bar #91413
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700

Attorney for Defendant
ROBERT E. ROSENAU

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 2:10-cr-0210 WBS |
| Plaintiff, | ) |
| v. | ) STIPULATION AND [~~PROPOSED~~] ORDER VACATING DATE, CONTINUING CASE AND EXCLUDING TIME |
| ROBERT E. ROSENAU and DONNA M. ROSENAU, | ) |
| Defendants. | ) Date: April 2, 2012 (TCH) <br> ) Time: 9:30 a.m. <br> ) Judge: Hon. William B. Shubb |

**IT IS HEREBY STIPULATED** by and among Assistant United States Attorney Russell Carlberg, Counsel for Plaintiff, Scott Tedmon, Counsel for Donna M. Rosenau, and Assistant Federal Defender Jeffrey L. Staniels, Counsel for Robert E. Rosenau, that the jury trial scheduled for May 1, 2012, be vacated and re-calendared for May 8, 2012 at 9:00 a.m., at the request of counsel for Mr. Rosenau. This continuance is sought in order to accommodate Mr. Staniels' request so that he may attend to personal family matters in mid-April and still have a

reasonable amount of time for last minute trial preparations. The Trial Confirmation Hearing now calendared for April 2, 2012, shall remain as currently set. The court is advised that Mr. Staniels has consulted with Mr. Tedmon and Mr. Carlberg who both have said they are agreeable to the one week continuance, and also with this court's clerk who has advised that the date of May 8, 2012 is available on the court's calendar.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act which has been excluded until May 1, 2012, CR 25 be further excluded from May 1, 2012 until May 8, 2012 2011, pursuant to 18 U.S.C. § 1361(h)(7)(A) & (B)(iv), Local code T-4, for continuity of counsel and defense preparation. Given the brevity of the requested continuance outlined above the parties request that this court find that the interests of justice served by granting this request outweigh the interests of the defendant and the public in commencing trial on May 1, 2012, rather than on May 8, 2012.

**IT IS SO STIPULATED.**

Dated: February 9, 2012                /S/Russell Carlberg
                                       Russell Carlberg
                                       Assistant U.S. Attorney
                                       Counsel for Plaintiff

Dated: February 9, 2012                /S/ Jeffrey L. Staniels
                                       JEFFREY L. STANIELS
                                       Assistant Federal Defender
                                       Attorney for Defendant
                                       ROBERT E. ROSENAU

Dated: February 9, 2012                /S/ Scott Tedmon
                                       SCOTT TEDMON
                                       Attorney for Defendant
                                       DONNA M. ROSENAU

**O R D E R**

The one week continuance sought in the attached stipulation of the parties is hereby Granted. For the reasons stated and agreed to by all parties the court does find that the interests of justice served by granting the request outweigh the interests of the public and the defendants in a Speedy Trial. The jury trial scheduled for May 1, 2012 is continued to May 8, 2012 at 9:00 a.m.

**IT IS SO ORDERED.**

By the Court,

Dated: February 13, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE