```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  JEFFREY L. STANIELS, Bar #91413
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  ROBERT E. ROSENAU
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:10-cr-0210 WBS |
| ) | |
| Plaintiff, ) | |
| ) | JOINT STIPULATION AND |
| v. ) | [~~PROPOSED~~] ORDER VACATING DATE, |
| ) | CONTINUING CASE AND EXCLUDING |
| ROBERT E. ROSENAU and ) | TIME |
| DONNA M. ROSENAU, ) | |
| ) | Date: April 2, 2012 (TCH) |
| Defendants. ) | Time: 9:30 a.m. |
| ) | Judge: Hon. William B. Shubb |

**IT IS HEREBY STIPULATED** by and among Assistant United States Attorney Russell Carlberg, Counsel for Plaintiff, Scott Tedmon, Counsel for Donna M. Rosenau, and Assistant Federal Defender Jeffrey L. Staniels, Counsel for Robert E. Rosenau, that the trial confirmation hearing scheduled for April 2, 2012, and the jury trial scheduled for May 8, 2012, be vacated and continued to a trial confirmation date of **July 9, 2012**, and a firm trial date of **August 14, 2012**, at the request of all counsel.

Recent discussions among counsel have resulted in the belief that a non-trial resolution may well be possible. Mr. Tedmon and Mr. Staniels, on the basis of their shared discussions, foresee the need for additional work in the form of refocused review and

including some refocused investigation in order to facilitate such discussions and resolution. The anticipated "refocus" involves temporarily setting aside some preparation that is needed only in the event of trial. All counsel believe that this shift in emphasis is consistent with the proper allocation of judicial and prosecutorial resources (including the incentives built in to the guidelines by the provisions for acceptance of responsibility) and of the resources available to defense counsel.

The August date is consistent with all counsel's intervening schedules, and is intended by all counsel to be a firm trial date if non-trial resolution is not forthcoming. All counsel believe that this trial will be completed not later than August 24, 2012, and will not conflict with the court's current schedule including trial of another criminal matter recently set for the week of August 27, 2012.

The court is advised that all counsel have explicitly concurred in the above representations and that this court's clerk has advised that the date of August 14, 2012 is available on the court's calendar.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act, which has been excluded until May 8, 2012, CR 29, be further excluded from May 8, 2012, until August 14, 2012, pursuant to 18 U.S.C. § 1361(h)(7)(A) & (B)(iv), Local code T-4, for continuity of counsel and defense preparation. Given the reasons outlined above the parties request that this court find that the interests of justice served by granting this request outweigh the interests of the defendant and the public in a

Speedy Trial.

**IT IS SO STIPULATED.**

Dated: March 21, 2012    /S/Russell Carlberg
Russell Carlberg
Assistant U.S. Attorney
Counsel for Plaintiff

Dated: March 21, 2012    /S/ Jeffrey L. Staniels
JEFFREY L. STANIELS
Assistant Federal Defender
Attorney for Defendant
ROBERT E. ROSENAU

Dated: March 21, 2012    /S/ Scott Tedmon
SCOTT TEDMON
Attorney for Defendant
DONNA M. ROSENAU

**O R D E R**

The continuance sought in the attached stipulation of the parties is hereby Granted. The Jury Trial scheduled for May 8, 2012 is vacated and recalendared for **August 14, 2012 at 9:00 a.m.** Trial confirmation currently scheduled for April 2, 2012, is also vacated and recalendared for **July 9, 2012 at 9:30 a.m.** For the reasons stated and agreed to by all parties the court finds that the interests of justice served by granting the continuance outweigh the interests of the public and the defendants in a Speedy Trial.

**IT IS SO ORDERED.**

By the Court,

Dated: March 21, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE