```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  JEFFREY L. STANIELS, Bar #91413
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  ROBERT E. ROSENAU
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:10-cr-0210 WBS |
|---|---|
| Plaintiff, | ) |
| | ) UNOPPOSED MOTION AND [PROPOSED] |
| v. | ) ORDER VACATING DATES, CONTINUING |
| | ) CASE AND EXCLUDING TIME |
| ROBERT E. ROSENAU and | ) |
| DONNA M. ROSENAU, | ) Date: July 9, 2012 (TCH) |
| | ) Time: 9:30 a.m. |
| Defendants. | ) Judge: Hon. William B. Shubb |
| | ) |

Assistant Federal Defender Jeffrey L. Staniels, Counsel for Robert E. Rosenau, and Scott Tedmon, Counsel for Donna M. Rosenau, hereby move for an order vacating the currently scheduled trial confirmation hearing of July 9, 2012, and the currently scheduled jury trial of August 14, 2012, for the reasons set out below. This motion is not opposed by government counsel, Assistant United States Attorney Jean Hobler.

This continuance is requested based on the recent advisement by government counsel in a letter dated and received on June 20, 2012, that a large volume of additional discovery is in the process of being collected and organized for distribution to

1

defense counsel. The material is said to include thirteen boxes of materials produced during an SEC investigation of Rosenau Investments, Inc. These materials include deposition exhibits, investor records, defendant bank records (subject to receipt of RFPA required client consents which are being sought by counsel) and other undescribed materials, an undetermined portion of which were not previously disclosed. It is noted that the vast majority of the materials to be produced were collected by the SEC in its own investigation of Rosenau Investments and there is no current suggestion by any party that the government had an obligation to obtain or produce these documents at any point in these proceedings. Nonetheless, the availability of the materials from the SEC may well significantly inform the position of the parties in regard to resolution and/or ultimate trial of this matter.

In addition government counsel advises that early Jencks in the form of FBI Reports of interviews and grand jury transcripts will be included in the disclosure as well as Rosenau Investment electronic business records which are not more specifically described.

Given the private nature of some discovery involved, counsel have agreed in principle to an as-yet unexecuted protective order governing the handling of such material.

In response to government counsel's letter counsel have conferred and agree that adequate review of this material and incorporation of pertinent parts into defense planning is impracticable with the current schedule. All counsel agree

therefore that a rescheduled jury trial date is called for. All counsel have explicitly advised that they are available for a trial commencing on October 23, 2012. This court's deputy clerk advises that this date is available subject only to a possible one day delay in light of an unrelated matter currently set by the court for October 23rd.

For these reasons the court is requested to grant this unopposed motion for rescheduling trial in this matter, and to exclude time under the Speedy Trial Act to allow for continuity of counsel and adequate defense preparation. All parties agree that, given the reasons outlined above, this court should find that the interests of justice served by granting this request outweigh the interests of the defendant and the public in a Speedy Trial.

Respectfully submitted,

Daniel J. Broderick
Federal Defender

Dated: June 22, 2012 /S/ Jeffrey L. Staniels
JEFFREY L. STANIELS
Assistant Federal Defender
Attorney for Defendant
ROBERT E. ROSENAU

Dated: June 22, 2012 /S/ Scott Tedmon
SCOTT TEDMON
Attorney for Defendant
DONNA M. ROSENAU

```
1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  JEFFREY L. STANIELS, Bar #91413
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  ROBERT E. ROSENAU
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
UNITED STATES OF AMERICA,   )  No. 2:10-cr-0210 WBS
                            )
            Plaintiff,      )
                            )
     v.                     )
                            )  O R D E R
ROBERT E. ROSENAU and       )
DONNA M. ROSENAU,           )
                            )
            Defendants.     )
                            )
_____
```

The continuance sought in the attached unopposed motion of counsel for the parties is hereby Granted. The Jury Trial scheduled for August 14, 2012 is vacated and recalendared for October 23, 2012. Trial confirmation currently scheduled for July 9, 2012, is also vacated and recalendared for September 24, 2012.

For the reasons stated and agreed to by all parties the court finds that the interests of justice served by granting the continuance outweigh the interests of the public and the defendants in a Speedy Trial, and therefore time is excluded under the Speedy Trial Act pursuant to Local Code T4, 18 U.S.C. §

3161(h)(7)(B)(iv) from today's date to the first day of trial on October 23 or 24, 2012.

**IT IS SO ORDERED.**

By the Court,

Dated: June 25, 2012

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE