BENJAMIN B. WAGNER
United States Attorney
JEAN M. HOBLER
JILL M. THOMAS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:10-cr-00210-WBS |
| Plaintiff, | **ORDER GRANTING MOTION TO DISMISS CHARGES AS TO DONNA ROSENAU** |
| v. | |
| ROBERT E. ROSENAU, and | |
| DONNA M. ROSENAU | |
| Defendants. | |

On July 25, 2012, Plaintiff the United States of America filed a motion under Federal Rules of Criminal Procedure, rule 48(a) to dismiss the charges in the indictment as to defendant DONNA M. ROSENAU and to exonerate her bail. Also on July 25, 2012, defendant DONNA M. ROSENAU filed a non-opposition and a waiver of hearing on the Plaintiff's motion. Based on the motion and the defendant's non-opposition, the Court now GRANTS the Plaintiff's motion to dismiss the charges in the indictment as to defendant DONNA M. ROSENAU. Bail is exonerated as to DONNA M. ROSENAU.

Dated: August 2, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1